IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11-CV-191-GCM

| | |
|---|---|
| BIANCA ELLIS and MARK and JACQUELINE SROKA, individaully and on behalf of all other similarly situated,<br>　　　　　　　　　Plaintiff,<br>v.<br><br>LOUISIANA-PACIFIC CORPORATION,<br>　　　　　　　　　Defendant. | ORDER GRANTING<br>ADMISSION PRO HAC VICE |

**THIS MATTER IS BEFORE THE COURT** upon the motion of Defendant to allow **James E. Weatherholtz** to appear *Pro Hac Vice*, dated May 6, 2011 [doc #7.

Upon careful review and consideration, this Court will grant the Application.

In accordance with Local Rule 83.1 (B), the Court notes that Mr. Weatherholtz has paid the admission fee of Two Hundred Fifty ($250.00) Dollars to the Clerk of Court.

**IT IS SO ORDERED.**

Signed: May 17, 2011

Graham C. Mullen
United States District Judge