IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

CIVIL ACTION NO.: 3:11-CV-191

BIANCA ELLIS and MARK and )
JACQUELINE SROKA, individually and on )
behalf of all others similarly situated, )
)
)
Plaintiffs, )
) **ORDER**
v. )
)
LOUISIANA-PACIFIC CORPORATION, )
)
Defendant. )
)

This cause being heard by the undersigned judge on Defendant's Motion to Permit Unsealed Filing of Subsequent Pleadings pursuant to W.D.N.C. LCvR 6.1(H), and;

It appearing to the Court that good cause is shown and plaintiffs' counsel has been consulted and consented to the motion;

IT IS THEREFORE ORDERED that Defendant's Motion to Permit Unsealed Filing of Subsequent Pleadings be GRANTED, that the Class Action Complaint and attached Exhibit A will remain sealed pending action by this Court on plaintiff's Motion for Leave to File Under Seal, and that all other pleadings in the matter need not be filed under seal, subject to the right and obligation of any party to file any documents under seal that contain confidential information or information subject to a protective order.

This the 23rd day of June, 2011

*Graham C. Mullen*

WESTERN DISTRICT OF NORTH CAROLINA

1564938 v1

FILED
CHARLOTTE, NC
JUN 2 4 2011
U.S. DISTRICT COURT
WESTERN DISTRICT OF NC