# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Bianca Ellis and
Mark and Jacqueline Sroka,

       Plaintiffs,                     JUDGMENT IN A CIVIL CASE

vs.                                        3:11-cv-191

Louisiana-Pacific Corporation,

       Defendant.

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 8, 2011 Order.

                                      Signed: November 8, 2011

*Frank G. Johns, Clerk*
*United States District Court*